FILED'09 JUN 15 17:16 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DAMONICA M. MOORE** | CV # 08-67-HA |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER of Social Security,** | ORDER FOR EAJA FEES |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of **$6689.44**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this 15th day of June, 2009.

HON. ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff